UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CISCO SYSTEMS, INC.,<br>Plaintiff,<br>v.<br>ADVANCED CYBERNETICS GROUP, INC.,<br>Defendant. | Case No. 26-mc-80251-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Cisco Systems, Inc. v. Chirp Networks, Inc.*, 26-mc-80247-JCS.

**IT IS SO ORDERED.**

Dated: August 12, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California