UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CISCO SYSTEMS, INC.,

Plaintiff,

v.

ABACUS CONTROLS GROUP, INC.,

Defendant.

Case No. 26-mc-80250-TSH

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Cisco Systems, Inc. v. Chirp Networks, Inc.*, 26-mc-80247-JCS.

**IT IS SO ORDERED.**

Dated: August 12, 2026



THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California